IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JUDEAU S. BROWN, JR., | § | |
| | § | |
| Plaintiff Below, | § | No. 386, 2021 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DELAWARE SUPERIOR COURT | § | C.A. No. K21M-10-012 |
| KENT COUNTY and THE | § | |
| HONORABLE JUDGE WILLIAM | § | |
| L. WITHAM, JR., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: April 29, 2022
Decided: May 18, 2022

## ORDER

The Court issued a briefing schedule in this appeal on February 7, 2022; the appellant's opening brief was due March 24, 2022. On March 31, 2022, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. On April 11, 2022, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix. On April 18, 2022, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. A timely response to the notice to show cause was due on or before April 28, 2022. The appellant has not

responded to the notice to show cause, nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice